PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Burke                Cr.: 06-00511-001

Name of Sentencing Judicial Officer: Katharine S. Hayden
United States District Court Judge

Date of Original Sentence: March 15, 2007

Original Offense: Conspiracy to Defraud the United States of America, 18 § 371

Original Sentence: Probation 5 years - drug aftercare- alcohol aftercare - enter Boca House - no new debt - financial information - restitution $44,085.35.

Type of Supervision: Probation          Date Supervision Commenced: March 15, 2007

Assistant U.S. Attorney: Eriz Lieberman          Defense Attorney: Brian Blaney

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | Specifically, the offender failed to notify the United States Probation Office for the Southern District of Florida within 72 hours of leaving his residence, 100 Southwest 14th St., Apt. 3, Boca Raton, Florida on September 13, 2007. The offenders current whereabouts are unknown. |
| 2. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | Specifically, the offender failed to notify the United States Probation Office for the Southern District of Florida within 72 hours of being fired from his employment at The Watershed Treatment Facility, located at 200 Congress Park Drive, Delray Beach, Florida. |

PROB 12C - Page 2
Kevin Burke

On October 15, 2007, the United States Probation Office for the Southern District of Florida was able to confirm that the offender had been terminated from The Watershed Treatment Facility on or about September 13, 2007.

3. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Specifically, the offender failed to submit written monthly reports for the months of August and September, 2007, despite being instructed to do so by his United States Probation Officer, Kathleen Shannon - Hunt during a home visit on September 7, 2007.

4. The offender has violated the supervision condition which states '**Failure to submit drug test**'

Specifically, the offender failed to report for and submit to drug testing via the Southern District of Florida code a phone system on the following dates; July 6, 2007; July 10, 2007; July 11, 2007 and August 1, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 10/18/07

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[✓] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/19/07
Date