PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kevin Michael Burke    **Docket Number:** 06-00511-001

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden

**Date of Original Sentence:** 03/15/2007

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 5 years probation.

**Type of Supervision:** probation    **Date Supervision Commenced:** 3/15/07

**Assistant U.S. Attorney:** Erez Liebermann, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Brian Blaney, 65 Livingston Ave., Roseland, N.J. (973) 597-2500

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On January 30, 2008, the offender appeared in Palm Beach County, Florida, Circuit Court and plead guilty to Possession of Heroin, a 3rd degree felony. It was the sentence of the Court that the offender be incarcerated for a term of 90 days (time served); fined $663.00 and his drivers license was revoked for a period of two years. |

I declare under penalty of perjury that the foregoing is true and correct,

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 3/14/08

---

THE COURT ORDERS:

PROB 12C - Page 2
Kevin Michael Burke

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: _4/21/08 at 12:00 p.m._

[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

April 1, 2008
_____
Date