# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIM. NO. 06-511 (KSH) |
| | : | |
| | : | |
| KEVIN BURKE, | : | |
| | : | ORDER GRANTING BAIL AND |
| Defendant. | : | PERMITTING RELEASE OF |
| | : | DEFENDANT |
| | : | |

AND NOW, this __16th__ day of May, 2008, upon application of Defendant Kevin Burke for bail in this proceeding brought pursuant to a Petition for Warrant for Offender Under Supervision, and with the consent of the government, as per Erez Liebermann, it is hereby ORDERED that this Application be and hereby is GRANTED. It is further ORDERED that Mr. Burke is to be released on his own recognizance in this matter, pending further proceedings.

_____
Katharine S. Hayden
United States District Court Judge