UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO. 06-511 (KSH) |
| | : |
| KEVIN BURKE, | : |
| | : ORDER APPOINTING FEDERAL |
| Defendant. | : PUBLIC DEFENDER |

AND NOW, this ___ day of May, 2008, upon application of Defendant Kevin Burke for appointment of counsel in this proceeding brought pursuant to a Petition for Warrant for Offender Under Supervision, it is hereby ORDERED that this Application be and hereby is GRANTED. Given Mr. Burke's knowing and voluntary waiver of any conflict of interest that may arise with the appointment of the Office of the Federal Public Defender to represent him in this matter, it is further ORDERED that Lisa M. Mack of the Office of the Federal Public Defender is appointed to represent Mr. Burke in this matter.

Katharine S. Hayden
United States District Court Judge